UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DUHON ZENO                                    CIVIL ACTION

VERSUS                                        NO. 17-6234

JAMES LEBLANC                                 SECTION: "G"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Duhon Zeno for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 10th day of May, 2018.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE